■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARREN NESBITT, Appellant. [812 NYS2d 930]—Judgment, Supreme Court, Bronx County (Edward Davidowitz, J.), rendered on or about September 28, 2005, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Sullivan, Gonzalez and Catterson, JJ.